672

*Messrs. E. Crosby Kindleberger* and *Richard T. Rector* for petitioner. *Messrs. B. G. Watson* and *C. M. Gibson* for respondent.

Nos. 389 and 390. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* CHICAGO & NORTH WESTERN RY. CO. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Solicitor General Biggs* for petitioner. *Mr. Nelson Trottman* for respondent.

No. 391. BURNET, COMMISSIONER OF INTERNAL REVENUE *v.* NORFOLK SOUTHERN R. Co. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Solicitor General Biggs* for petitioner. *Messrs. W. B. Rodman, Claude M. Bain, R. Kemp Slaughter,* and *Hugh C. Bickford* for respondent.

No. 392. TEXAS & PACIFIC RY. Co. *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Adrian C. Humphreys* and *Newton K. Fox* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.

No. 395. UNITED STATES *v.* WHITE MOTOR Co. October 16, 1933. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Biggs* for the United States. *Messrs. Claude M. Houchins* and *John E. Walker* for respondent.